

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

———————————————————

No. 07-14-00049-CV

———————————————————

BRIAN KERN, O.D., PETER M. HO, M.D., D/B/A TEXAS VISION ASSOCIATES, P.A. AND MING-TAO HO, M.D., A/K/A "PETER" M. HO, M.D., APPELLANTS

V.

THE TEXAS OPTOMETRY BOARD, ET AL., APPELLEES

On Appeal from the 99th District Court
Lubbock County, Texas
Trial Court No. 2013-508,829; Honorable William C. Sowder, Presiding

December 1, 2014

## ORDER OF DISMISSAL

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellants, Brian Kern, O.D. and Peter M. Ho, M.D., P.A., d/b/a Texas Vision Associates, P.A., and Ming-Tao Ho, M.D., a/k/a "Peter" M. Ho, M.D., filed *Appellants' Motion for Voluntary Dismissal* of this appeal on November 25, 2014. The motion includes a certificate of conference indicating that counsel for Appellees does not oppose the relief requested. Accordingly, the motion to dismiss is granted and the

appeal is dismissed.  *See* TEX. R. APP. P. 42.1(a)(1).  The motion does not indicate an agreement of the parties with regard to the allocation of costs of the appeal.  We therefore tax costs of the appeal against Appellants.  *See* TEX. R. APP. P. 42.1(d).

Having dismissed the appeal at the request of Appellants, we will not entertain a motion for rehearing, and our mandate will issue forthwith.


Patrick A. Pirtle
Justice